CHURCH v. BOARD OF EDUCATION

No. 32 PC.

Case below: 31 N.C. App. 641.
31 N.C. App. 749.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 7 March 1977. Motion of defendants to dismiss appeal for lack of substantial constitutional question allowed 7 March 1977.

EMPLOYMENT SECURITY COMM. v. YOUNG MEN'S SHOP

No. 57 PC.

Case below: 32 N.C. App. 23.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 7 March 1977.

FORMAN & ZUCKERMAN v. SCHUPAK

No. 109 PC.

Case below: 31 N.C. App. 62.

Petition by defendants for discretionary review under G.S. 7A-31 denied 7 March 1977. Appeal dismissed ex mero motu 7 March 1977.

GENERAL ELECTRIC CO. v. FIDELITY & GUARANTY CO.

No. 38 PC.

Case below: 31 N.C. App. 749.

Petition by defendant for discretionary review under G.S. 7A-31 allowed 7 March 1977.

GEORGE v. TOWN OF EDENTON

No. 30 PC.

Case below: 31 N.C. App. 648.

Petition by plaintiffs for discretionary review under G.S. 7A-31 allowed 7 March 1977.